**Electronically Filed
Supreme Court
SCPW-20-0000404
20-JUL-2020
10:12 AM**

SCPW-20-0000404

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

KAWIKA JOSHUA DRUMMONDO, Petitioner,

vs.

STATE OF HAWAI'I, Respondent.

---

ORIGINAL PROCEEDING
(CR. NO. 17-1-1350)

ORDER DENYING "MOTION OBJECTING [TO] THE DECISION AND ORDER
DENYING NON-VIOLENT COMMUNITY CUSTODY PETITIONER RELEASE"
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ.,
with Wilson, J., concurring[1])

Upon consideration of petitioner Kawika Joshua Drummondo's "Motion Objecting [to] the Decision and Order Denying Non-Violent Community Custody Petitioner Release," filed on July 10, 2020 ("Motion"), and the record,

IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawai'i, July 20, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



---

[1] Associate Justice Richard Pollack, who was a member of the court when the petition was decided, retired from the bench on June 30, 2020.